IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-504-GCM**

PROVIDENCE PRODUCTS, LLC, )
        Plaintiff, )
v. ) **ORDER GRANTING**
) **ADMISSION PRO HAC VICE**
IMPLUS FOOTCARE, LLC, )
        Defendant. )

**THIS MATTER** is before the Court upon the motion of Defendant Implus Footcare, LLC to allow **Craig D. Mills** to appear *Pro Hac Vice*, dated December 21, 2007 [doc. #5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Mills has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 2, 2008

Graham C. Mullen
United States District Judge