Alston & Bird
Alston & Bird

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| PROVIDENCE PRODUCTS, LLC | : | Civil Action No. 07-cv-00504-GCM |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IMPLUS FOOTCARE, LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon the joint motion of Plaintiff Providence Products, LLC and Defendant Implus Footcare, LLC and good cause appearing therefore,

IT IS HEREBY ORDERED that the Joint Motion to Modify the Pretrial Order is GRANTED. The Pretrial Order is modified as follows:

| | |
|---|---|
| January 5, 2009: | Expert Report(s) under Rule 26(a)(2) due |
| January 21, 2009: | Responses to Expert Report(s) under Rule 26(a)(2) due |
| February 3, 2009: | All discovery shall be completed |
| February 3, 2009: | The parties will conduct mediation by this date |
| March 3, 2009: | All motions except motions *in limine* and motions to continue shall be filed by this date |

The tentative trial date will be the July 6, 2009 term.

Signed: October 3, 2008

Graham C. Mullen
United States District Judge