UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-504-GCM

| | | |
|---|---|---|
| PROVIDENCE PRODUCTS, LLC., | ) | ORDER GRANTING |
| Plaintiff, | ) | ADMISSION |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| IMPLUS FOOTCARE, LLC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Implus Footcare, LLC., to allow **Gerard Paul Hudak** to appear *Pro Hac Vice*, dated December 2, 2008 [doc # 41].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Hudak has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 5, 2008

Graham C. Mullen
United States District Judge